UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
TELEBRANDS CORP,

                      Plaintiff,

      vs.

AM DEVOTEE STORE, *et al.*,

                      Defendants.
------------------------------------------------------------ x

**ORDER**

20-cv-9775 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Yesterday I held a hearing on Plaintiff's application for a preliminary injunction. Plaintiff's counsel represented that service according to the previous order was made, and that three Defendants made contact with Plaintiff. No defendant appeared.

      Plaintiff's motion made at the hearing to unseal the proceeding is hereby granted. The Clerk is ordered to unseal all papers previously filed.

      For the reasons discussed at the hearing, the hearing is hereby further continued to December 10, 2020, at 2:30 p.m. Plaintiff is hereby ordered to file an affidavit by December 7, 2020, as to service of process to, and communications with, Defendants, concerning the papers heretofore filed, including the temporary restraining order and asset restraining order entered by the Court. The temporary restraining order entered by the Court shall be extended by 14 days to December 21, 2020. See Fed. R. Civ. P. 65(b).

      The hearing on Thursday, December 10, 2020, at 2:30 p.m., will be held via the following call-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

    To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

    Finally, no later than December 7, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov)) a list of all counsel expected to appear on the record, along with their contact information.

    SO ORDERED.

Dated:  December 3, 2020    _____/s/ Alvin K. Hellerstein_____
      New York, New York    ALVIN K. HELLERSTEIN
                United States District Judge