JUDGE HELLERSTEIN

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Telebrands Corp.*

**20 CV 9775**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORP., <br><br> *Plaintiff* <br><br> v. <br><br> AM DEVOTEE STORE, ATRIH NINGBO IMPORT & EXPORT CO., LTD., AUTOMOBILE AD MOTORCYCLE PARTS STORE, AUTOS DROPSHIPPING'S STORE, BENGBU HANYU NEW ENERGY TECHNOLOGY LIMITED, BRAND-NEW WAY STORE, CAR 999 STORE, CAR ACCESSORIES DISCOUNT STORE, CAR CAR CAR!!! STORE, CAR TOOL STORE, CAR WITH YOU STORE, CHANGSHU JUHAO CLEAN TEXTILE CO., LTD., COOLEST-TOPEST STORE, DONGGUAN ZHONGSEN NEW MATERIAL CO., LTD., DROP SHIPPING CAR ACCESSORIES STORE, FANTASTICCAR STORE, GOOD COMFORTABLE STORE, HANGZHOU JIUZE TECHNOLOGY CO., LTD., HANGZHOU MOSHENG TEXTILES CO., LTD., HD-CAR STORE, HELIUS 777 STORE, HENAN HUAXIN IMPORT & EXPORT TRADE CO., LTD., HENAN RUOZHEN TRADING CO., LTD., HONDAR MACHINERY CO., LTD., JANNEY ILLIMITABLE AMPLIFY STORE, LIGHT OF EC CHINA STORE, LUNA'S CAR HOUSE STORE, MOSTEST STORE, NINGBO FINELIFE PRODUCTS INTL TRADING CO., LTD., | CIVIL ACTION No. _____ <br><br> [PROPOSED] ORDER TEMPORARILY SEALING FILE <br><br> FILED UNDER SEAL |

NINGBO KINGWORTH GLOBAL IMP. & EXP. CO., LTD., NINGBO SONGXING METAL CO., LTD., NINGBO SUNAIR HOUSEWARE CO.,LTD, NINGBO XINKE INDUSTRIAL & TRADING CO., LTD., ONLINE CAR STORE, PROFESSION PICK STORE, PROMETHEUSS 777 STORE, RYAN-CAR STORE, SHAOXING JINYI TRADING CO., LTD., SHENZHEN FUYUAN GIFT LTD., SHOP5123097 STORE, SHOP5497252 STORE, SHOP5777765 STORE, SHOP5797644 STORE, SHOP5800663 STORE, SHOP5873953 STORE, SHOP910316358 STORE, SILVER MOO STORE, STEAM FRICTION STORE, TO BE PROFESSIONAL STORE, WORTHWHILE DECISION STORE, WUHAN RUIYU TENGFEI TRADING CO., LTD., YIWU HONGYI COMMODITY PURCHASING CO., LTD. and YIWU XIAOHUA HOUSEHOLD GOODS FACTORY,

*Defendants*

On this day, the Court considered Plaintiff's Application to Temporarily File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Bala Iyer and Jason M. Drangel and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this __19__ day of __Nov.__, 2020, at __1:10 p__.m.

_____
UNITED STATES DISTRICT JUDGE
Part I