UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
TELEBRANDS CORP.,                                              :
:  **ORDER**
Plaintiff,                        :
-against-                                                      :  20 Civ. 9775 (AKH)
:
AM DEVOTEE STORE, et al.,                                      :
:
Defendants.                       :
:
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff initiated this action, under seal, on November 20, 2020. I granted Plaintiff's motion to unseal the proceedings on December 4, 2020. ECF No. 3. On December 14, 2020 I granted Plaintiff's motion for a preliminary injunction. ECF No. 19. Since then, Plaintiff has filed notice of voluntary dismissal against multiple defendants. *See* ECF Nos. 21–26, 28.

        The stipulations are hereby approved. Accordingly, the case is dismissed, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses, against the following defendants:

- ECF No. 21
    - Wuhan Ruiyu Tengfei Trading Co., Ltd;

- ECF No. 22
    - Henan Huaxin Import & Export Trade Co., Ltd

- ECF No. 23
    - Yiwu Hongyi Commodity Purchasing Co., Ltd

- ECF No. 24
    - Ningbo Sunair Houseware Co., Ltd

- ECF No. 25
    - Automobile Ad Motorcycle Parts Store,
    - AUTOs Dropshipping's Store,
    - CAR 999 Store;
    - Car Car Car!!! Store;
    - car with you Store;
    - Drop Shipping Car Accessories Store,
    - HD-CAR Store,
    - Helius 777 Store,
    - Janney Illimitable Amplify Store,
    - Shop5800663 Store,
    - Shop5873953 Store,
    - Silver Moo Store
    - Worthwhile Decision Store

- ECF No. 26
    - Hangzhou Jiuze Technology Co., Ltd
    - Ningbo Kingworth Global Imp. & Exp. Co., Ltd

- ECF No. 28
    - Good Comfortable Store

Finally, Plaintiff, via letter submitted via ECF, shall advise the Court of the status of the case against the remaining defendants by May 27, 2022.

SO ORDERED.

Dated: May 19, 2022  /s/ Alvin K. Hellerstein
New York, New York  ALVIN K. HELLERSTEIN
United States District Judge